RODRÍGUEZ, DEMANDANTE Y APELANTE, *v.* RODRÍGUEZ, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Humacao en pleito sobre divorcio (traslado del caso).

No. 3179.—Resuelto en enero 22, 1924.

TRASLADO—DESESTIMACIÓN POR FALTA DE JURISDICCIÓN DEL TRIBUNAL SUPREMO—APELACIÓN; A QUIÉNES DEBE NOTIFICARSE.—Atendidos los términos del artículo 296 del Código de Enjuiciamiento Civil procede desestimar por falta de jurisdicción una apelación tomada contra una orden de traslado en cuya

apelación el escrito fué notificado a la parte contraria y al secretario de la corte a la cual se trasladó el caso, en vez del secretario de la corte que dictó la resolución apelada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. M. A. Rivera.*

Abogado de la apelada: *Sr. F. Piñero.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El apelante alegó que la Corte de Distrito de Ponce incurrió en error al ordenar el traslado del caso a la Corte de Distrito de Humacao. Estábamos considerando la apelación por sus méritos cuando descubrimos que los autos fueron certificados a nosotros no por el Secretario de la Corte de Distrito de Ponce, sino por el Secretario de la Corte de Distrito de Humacao. Un examen más minucioso revelaba que la apelación aunque fué notificada a la parte contraria no lo fué al Secretario de la Corte de Distrito de Ponce, sino al Secretario de la Corte de Distrito de Humacao.

El artículo 296 del Código de Enjuiciamiento Civil prescribe lo siguiente:

"Una apelación se interpone entregando al secretario de la corte en que fué dictada o registrada la sentencia o providencia apelada, un escrito manifestando que se apela de ella o de determinada parte de la misma, y presentando idéntica manifestación a la parte contraria o a su abogado."

Este artículo tiene en consideración una notificación al secretario de la corte en que se registra la sentencia o providencia, y no a ningún otro secretario. Tanto la notificación al secretario en particular como a la parte contraria son necesarias para trasladar la causa y conferir jurisdicción a esta corte. Sentimos tener la necesidad de adoptar esta medida pero carecemos de jurisdicción y debe desestimarse la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. Franco Soto no intervino en la resolución de este caso.